IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SMR INTELLIGENT LTD.,** <br><br> Plaintiff, <br><br> v. <br><br> **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"** <br><br> Defendants. | Civil Action No. 1:25-cv-3566 |

**SCHEDULE A – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under seal. A full version of Schedule A will be filed separately under seal and will remain under seal until further order of this court.