UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

SMR Intelligent Ltd.
                    Plaintiff,

v.                                             Case No.: 1:25−cv−03566

                                                     Honorable Edmond E. Chang

The Partnerships and Unincorporated Associations identified in Schedule A

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: The joinder filings, R. 11, 12, are under advisement, so the tracking status hearing of 06/27/2025 is reset to 08/08/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.